1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TOBACCO 4 LESS, INC.; MOHAMMAD TOMIZH; AND TAMER THABET; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. EDCV14-02328-VAP-KK<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT <u>MDJ MASTER TOBACCO INCORPORATED</u> FROM THE ACTION<br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>Complaint filed: November 13, 2014 |

---

[PROPOSED] ORDER DISMISSING DEFENDANT MDJ MASTER TOBACCO INCORPORATED

# [PROPOSED] ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Defendant MDJ Master Tobacco Incorporated ("MDJ") shall be dismissed from the Action with prejudice. Plaintiff Sream, Inc. and Defendant MDJ shall bear their own attorneys' fees and costs related thereto.

The Central District of California Shall retain jurisdiction over Plaintiff Sream, Inc. and Defendant MDJ arising from or related to any future dispute over the confidential settlement agreement.

Dated: May 28, 2015

_____
The Honorable Virginia A. Phillips
U.S. Federal District Judge
Central District of California